IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                         4:11CR000286 JMM

MARLON EDWARDS

### ORDER

The Defendant's motion to determine the Defendant's competency to stand trial pursuant to 18 U.S.C. § 4241, (Doc. No. # 19), is GRANTED.

The Defendant is ordered to undergo a mental evaluation by a qualified Bureau of Prisons' representative with regard to his competency to stand trial and assist in his defense. A report from the evaluation shall be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

Accordingly, Defendant is committed to the custody of the United States Attorney General or his authorized representative for placement in a suitable Bureau of Prisons facility for reasonable period not to exceed thirty (30) days for mental evaluation pursuant to 18 U.S.C. § 4241.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the Court upon receipt of Defendant's facility designation.

Based on 18 U.S.C. § 3161(h)(1)(A) and (H), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 10th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE