IN THE UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:11CR00286 JMM

MARLON EDWARDS

**ORDER**

On July 10, 2012, the Court granted the Defendant's Motion for Examination to Determine Competency to Stand Trial (18 U.S.C. § 4241).

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to MDC Los Angeles for the examination. Accordingly, the United States Marshal is directed to transport Defendant to MDC Los Angeles forthwith[1] and return him upon completion.

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241. This time period excludes any time consumed by transportation.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Defendant's counsel and the Prosecution.

Eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

---

[1] Based on 18 U.S.C. § 3161(h)(1)(F), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

1

If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[2]

IT IS SO ORDERED this 16th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[2] 18 U.S.C. § 3161(h)(1)(A).